## United States District Court
## District of Connecticut

**Yan Du, Elika Shams, Mengni He,**
**and Stephen Azu**, on behalf of
themselves and others similarly situated,
*Plaintiffs,*

*v.*

**United States Department of**
**Homeland Security**,

**Kristi Noem**, Secretary of the
Department of Homeland Security, and

**Todd Lyons**, Acting Director of
Immigration and Customs Enforcement,
*Defendants*.

No. 25-cv-_____

April 24, 2025

## Notice of Related Case

In conformance with D. Conn. Local R. 40(b)(2), the plaintiffs note that *Rodriguez v.*

*Noem*, No. 25-cv-616, also contests the termination of SEVIS status records.

   /s/ Jaclyn Blickley
Jaclyn Blickley (No. ct31822)
Elana Bildner (No. ct30379)
Dan Barrett (No. ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8468
e-filings@acluct.org

   /s/ J. Christopher Llinas
J. Christopher Llinas
Llinas Law, LLC
553 Portland-Cobalt Road,
Unit 2
Portland, CT 06480
(860) 530-1781
jcl@llinasdefense.com